# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157951 & (41)

JAWAD A. SHAH, M.D., PC, INTEGRATED
HOSPITAL SPECIALISTS, PC, INSIGHT
ANESTHESIA, PLLC, and STERLING
ANESTHESIA, PLLC,
              Plaintiffs-Appellees,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
              Defendant-Appellant.

SC:  157951
COA:  340370
Genesee CC:  17-108637-NF

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 8, 2018 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on the application.  MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the anti-assignment clause in the defendant's insurance policy precludes the defendant's insured from assigning his right to recover no-fault personal protection insurance benefits to the plaintiff healthcare providers.  In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2).  In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1).  The appellees shall file a supplemental brief within 21 days of being served with the appellant's brief.  The appellees shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant.  A reply, if any, must be filed by the appellant within 14 days of being served with the appellees' brief.  The parties should not submit mere restatements of their application papers.

We direct the Clerk to schedule the oral argument in this case for the same future session of the Court when it will hear oral argument in *W A Foote Memorial Hosp v Mich Assigned Claims Plan* (Docket No. 156622).

The Insurance Alliance of Michigan and Auto Club Insurance Association are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



Clerk

a1017